# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 4:01cr22-RH /WCS
     4:05cv144-RH/WCS

MICHAEL ANTHONY JAMES,

    Defendant.

_____/

## ORDER DISMISSING §2255 MOTION

This matter is before the court on the magistrate judge's report and recommendation (document 34), to which no objections have been filed. Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. Defendant's motion to vacate his sentence pursuant to 28 U.S.C. §2255 (document 33) is DISMISSED without prejudice. The clerk shall enter judgment and close the file.

    SO ORDERED this 27th day of June, 2005.

                                                     s/Robert L. Hinkle
                                                     Chief United States District Judge